IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| CARLOS YOVANI HERNANDEZ | : 1:20CR451-1 |
| SALOMON ZAZUETA VILLANUEVA | : 1:20CR451-2 |

The Grand Jury charges:

COUNT ONE

From in or about June 2019, continuing up to and including September 13, 2019, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, CARLOS YOVANI HERNANDEZ, SALOMON ZAZUETA VILLANUEVA, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute 5 kilograms or more of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

On or about September 13, 2019, in the County of Forsyth, in the Middle District of North Carolina, CARLOS YOVANI HERNANDEZ and SALOMON ZAZUETA VILLANUEVA knowingly and intentionally did unlawfully possess with intent to distribute 5 kilograms or more of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: October 26, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON